**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                     )
MICHEL LEVANT,                            )
                                                     )
         Plaintiff,              )
                                                     )
   v.                                           )   Civ. Act. No. 02-704 (EGS)
                                                     )
JAMES G. ROCHE, SECRETARY OF  )
THE AIR FORCE, *et al.*,              )
                                                     )
         Defendants.         )
_____)

### ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its Memorandum Opinion docketed this same day, it is this 5th day of August, 2005, hereby

**ORDERED** that the defendants' Motion to Dismiss or in the Alternative for Summary Judgment is **GRANTED** and plaintiff's Complaint is **DISMISSED WITH PREJUDICE;** and it is further

**ORDERED and ADJUDGED** that the Clerk shall enter final judgment in favor of Defendants and shall remove this case from the active calendar of the Court.

**Signed:**    **Emmet G. Sullivan**
               **United States District Judge**
               **August 5, 2005**